TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

August 25, 2026

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Patterino v. Commissioner of Social Security*
Civil Action No. 1:26-cv-04640-VF

Dear Judge Figueredo,

We write on behalf of our client, Maryanne Yodice Patterino, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's motion for judgment on the pleadings, currently due on September 3, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **December 2, 2026**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **March 2, 2027**; and

3. Plaintiff to file her reply, if any, on or before: **March 16, 2027**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 27, 2026**

The motion is GRANTED. Plaintiff is directed to file her motion for judgment on the pleadings by **December 2, 2026**. Defendant is directed to file its response by **March 2, 2027**, and Plaintiff is directed to file her reply by **March 16, 2027**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 11.